**Opinion issued February 7, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00447-CV

————————————

**CONOCOPHILLIPS COMPANY, Appellant**

**V.**

**BASCOM CRADDOCK AND ROBERT S. KENNEDY, Appellees**

On Appeal from the 157th District Court
Harris County, Texas
Trial Court Case No. 2010-60385

## MEMORANDUM OPINION

This is an interlocutory appeal from the trial court's order denying ConocoPhillips Company's motion to stay litigation proceedings pending resolution of a related arbitration.

After this case was set for submission by oral argument, the parties filed a joint motion to reschedule oral argument, asking that the Court postpone oral argument in light of pending settings in the related arbitration proceedings that are the basis for the stay requested in the trial court, the denial of which is the basis of this appeal. We granted the motion and requested that appellant advise the Court of the status of the arbitration proceedings at a later date.

Appellant has advised the Court that it entered into a settlement with respect to the related arbitration claims, and appellant has filed an unopposed motion to dismiss its appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.